IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES SAYLOR,<br><br>                Plaintiff,<br><br>     vs.<br><br>STATE OF NEBRASKA, RANDY KOHL, DENNIS BAKEWELL, ROBERT HOUSTON, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, NATALIE BAKER, M.D.; MOHAMMAD KAMAL, M.D.; CAMERON WHITE, PhD.; MARK WEILAGE, Ph.D.; FRED BRITTEN, KARI PEREZ, Ph.D; and CORRECT CARE SOLUTIONS, LLC,<br><br>                Defendants. | 4:12CV3115<br><br>ORDER |

      This matter is before the court on its own motion. The defendants' pending motions to dismiss have been rendered moot by the filing of an amended complaint. See Filing Nos. 77, 78 and 79. Accordingly,

      IT IS ORDERED that the defendants' motions to dismiss (Filing Nos. 15, 20, 28, 41, 56, and 62) are denied as moot.

      Dated this 18th day of April, 2013.

                                                      BY THE COURT:

                                                      s/ Joseph F. Bataillon
                                                      United States District Judge