IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES SAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RANDY KOHL, M.D., DENNIS BAKEWELL, ROBERT HOUSTON, NATALIE BAKER, M.D., MOHAMMAD KAMAL, M.D., CAMERON WHITE, PH.D., MARK WEILAGE, PH.D., FRED BRITTEN, KARI PEREZ, PH.D., and CORRECT CARE SOLUTIONS, LLC.,<br><br>　　　　　Defendants. | 4:12CV3115<br><br>ORDER |

　　　　This matter is before the court on several motions. The plaintiff filed a Motion to Reopen the Summary Judgment Record (Filing No. 165) wherein the plaintiff seeks to file an amended response to the defendants' statement of material facts in the defendants' summary judgment motion. **See** Filing No. 165. The defendants have no objection to the plaintiff's motion to reopen the record; however, the defendants filed a Motion for Enlargement of Time (Filing No. 168) seeking an extension of time to reply to the plaintiff's response and amended response. Upon consideration, the court will grant the plaintiff's motion to reopen the record and the defendants' motion for an extension of time.

　　　　The plaintiff also filed a Motion to Enlarge Progression Schedule and Alternative Motion to Enlarge Time for Filing Motions to Amend Pleadings or Add Parties (Filing No. 169). If necessary, following the court's ruling on the defendants' summary judgment motion (Filing No. 141) and the plaintiff's objection (Filing No. 150), the court will hold a telephone conference with counsel to reschedule the progression deadlines.

　　　　IT IS ORDERED:

　　　　1.　The plaintiff's Motion to Reopen the Summary Judgment Record (Filing No. 165) is granted. The amended response (Filing No. 165-1) will be considered *instanter*.

2

      2.      The defendants' Motion for Enlargement of Time (Filing No. 168) is granted to the extent the defendants may have until **July 18, 2014**, to file a reply.

      3.      The plaintiff's Motion to Enlarge Progression Schedule and Alternative Motion to Enlarge Time for Filing Motions to Amend Pleadings or Add Parties (Filing No. 169) is granted to the extent the court will revisit the progression deadlines with the parties, if necessary, following the court's ruling on the defendants' summary judgment motion and the plaintiff's objection. Counsel for the plaintiff shall contact the undersigned magistrate judge within ten (10) days following the court's ruling on such motions to schedule a telephone conference.

      Dated this 8th day of July, 2014.

                                                BY THE COURT:

                                                s/ Thomas D. Thalken
                                               United States Magistrate Judge