**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **JAMES SAYLOR,** | |
| **Plaintiff,** | 4:12CV3115 |
| **vs.** | |
| **RANDY KOHL, M.D., et al.,** | **ORDER** |
| **Defendants.** | |

This matter is before the court following a planning conference with the court on April 20, 2016. Joshua D. Barber and Terry K. Barber represented the plaintiff. David A. Lopez and Ryan S. Post represented the State defendants. Mary M. Schott represented the defendant Natalie Baker, M.D. Jonathan J. Papik represented the defendant Correct Care Solutions, LLC. Following a discussion of each party's interpretation of the Eighth Circuit opinion, it was determined the defendants would file a motion for judgment or other dispositive motion. Accordingly,

**IT IS ORDERED**:

1.      The defendants' shall file a motion for judgment or other dispositive motion **on or before May 19, 2016**.

2.      The plaintiff shall have until **June 10, 2016**, in which to file a response.

3.      The defendants shall have until **June 17, 2016**, in which to file a reply.

4.      Any remaining discovery is stayed pending the court's ruling on the motion(s) set forth above.

Dated this 20th day of April, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge