IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES SAYLOR,<br><br>         Plaintiff,<br><br>    v.<br><br>RANDY KOHL, M.D.; DENNIS BAKEWELL, ROBERT HOUSTON, NATALIE BAKER, M.D.; MOHAMMAD KAMAL, M.D.; CAMERON WHITE, PhD.; MARK WEILAGE, PhD.; FRED BRITTEN, KARI PEREZ, Ph.D; and CORRECT CARE SOLUTIONS, LLC,<br><br>         Defendants. | 4:12CV3115<br><br>ORDER |

This matter is before the court on the defendants' unopposed joint motion for extension of time to respond to the plaintiff's motion to vacate, to re-open this case, and to amend his complaint. Filing No. 227, Motion. The court has reviewed the motion and will grant the extension.

IT IS ORDERED that:

1.   The defendants' joint motion for an extension of time, Filing No. 227, is granted; the deadline to respond to the plaintiff's motion to vacate, to re-open this case and to amend his complaint, Filing No. 225, is extended until February 9, 2017.

Dated this 10th day of January, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge