IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JAMES SAYLOR, | |
|---|---|
| Plaintiff, | 4:12CV3115 |
| v. | |
| RANDY KOHL, M.D.; DENNIS BAKEWELL, ROBERT HOUSTON, NATALIE BAKER, M.D.; MOHAMMAD KAMAL, M.D.; CAMERON WHITE, PhD.; MARK WEILAGE, PhD.; FRED BRITTEN, KARI PEREZ, Ph.D; and CORRECT CARE SOLUTIONS, LLC, | ORDER |
| Defendants. | |

This matter is before the court on the plaintiff's pro se motion for copies. Filing No. 233 and Filing No. 234. The court will grant the plaintiff's motion for copies of the docket sheet, Local Rules and Filing Nos. 161, 162-1, 162-2, 162-3, 163, 164, 165-1, 165-2, 168, 169, 170, 171, 172, 175-1, 175-2, and 176-1, 176-2, 176-3. The plaintiff's request for a copy of the Federal Rules of Civil Procedure is denied.

IT IS ORDERED:

1. The plaintiff's pro se motion for copies, Filing No. 233 and Filing No. 234, is granted in part and denied in part.

Dated this 15th day of August, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge