IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JAMES SAYLOR, | |
|---|---|
| Plaintiff, | 4:12CV3115 |
| v. | |
| RANDY KOHL, M.D.; DENNIS BAKEWELL, ROBERT HOUSTON, NATALIE BAKER, M.D.; MOHAMMAD KAMAL, M.D.; CAMERON WHITE, PhD.; MARK WEILAGE, PhD.; FRED BRITTEN, KARI PEREZ, Ph.D; and CORRECT CARE SOLUTIONS, LLC, | ORDER |
| Defendants. | |

This matter is before the court on plaintiff's motion for copies, Filing No. 236. The court has reviewed the same and finds it should be granted. The Clerk of Court shall provide plaintiff with copies of Filing Nos. 131, 138, 139, 140, 149, 150, 151, 152, 153, 154, 155, 156, 157, 158, 159, 160, 166, 167, 174, 231, 232, 233, and 234. Also before the court is plaintiff's motion for in camera proceeding, Filing No. 237. The court will deny this motion as frivolous and without merit.

THEREFORE, IT IS ORDERED THAT:

1. The plaintiff's motion for copies, Filing No. 236, is granted.

2. The plaintiff's motion for in camera proceeding, Filing No. 237 is denied.

3. The Clerk of Court is directed to provide the plaintiff with copies of Filing Nos. 131, 138, 139, 140, 149, 150, 151, 152, 153, 154, 155, 156, 157, 158, 159, 160, 166, 167, 174, 231, 232, 233, and 234.

Dated this 30th day of August, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge